IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:  Glenn M. Brown      )
        Cynthia D Brown     )   Case No. 17-13619-JDL
                            )       Chapter 13
        DEBTORS.            )

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF
INTENT TO SEEK ABANDONMENT OF PROPERTY, AS TO DEBTOR
AND CO-DEBTOR, TENISHA GRIFFIN
WAIVER OF RULE 4001(A)(3)
BRIEF IN SUPPORT THEREOF
AND NOTICE OF OPPORTUNITY FOR HEARING**

**COMES NOW, Capital One Auto Finance, a division of Capital One, N.A.**, a creditor in the above-styled bankruptcy proceeding, and moves the Court for an order modifying stay as to Debtor and Co-Debtor, Tenisha Griffin, and abandoning property. In support of its motion, Movant shows the Court as follows:

1. Movant is a secured creditor of the Debtors and Co-Debtor.

2. Movant is the owner and holder of a certain Promissory Note and Security Agreement executed by the Debtor and Co-Debtor covering the following described personal property, to-wit:

    2013 Chevrolet Cruze
    Vin: 1G1PC5SB6D7316476

Movant's security interest in the Property has been properly perfected as shown by the documents, attached hereto, marked collectively as Exhibit "A" and made a part hereof.

3. The total amount due on the Promissory Note and Security Agreement is $8,267.66, plus accrued interest and interest accruing until paid in full, plus attorneys fees and costs.

4. The reasonable value of the Property is less than the debt owed against it.

5. The Debtors and Co-Debtor have not provided Movant with adequate protection.

6. The Debtors and Co-Debtor are in default under the terms of their contracts with Movant.

7. The Property is burdensome to the estate, and the automatic stay should be lifted in order that Movant may proceed to foreclose its interest in the Property.

8. Movant will suffer irreparable injury, loss and damage unless the automatic stay is lifted so as to permit Movant to commence with its action to recover said property. The irreparable injury will be a greater accrual of interest on the unpaid principal balance and a potential deterioration of the property without the ability of lender to conduct property preservation efforts. Movant requests that the court waive the provisions of Rule 4001(a)(3) which provides for a stay of fourteen (14) days following the entry of an order granting a motion for relief from stay. The basis for the waiver of the 14 day stay is that the lender will suffer irreparable injury, a greater accrual of interest on the unpaid principal balance and a potential deterioration of the property without the ability of the lender to conduct property preservation efforts.

**NOTICE OF OPPORTUNITY FOR HEARING**
**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the Untied States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, OK 73102 no later than 20 days from the date of filing of this request for relief. You should also mail a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. **The 20 day period includes the 3 days allowed for mailing provided for in Rule 9006(f) Fed. R.Bankr.Proc.**

WHEREAS, **Capital One Auto Finance, a division of Capital One, N.A.** moves the Court for an order modifying the automatic stay as to the Debtors and Co-Debtor and the above described Property, order the abandonment of the Property from the bankruptcy estate, order that the stay of this order provided in Bankruptcy Rule 4001(a)(3) shall <u>not</u> apply, and grant such additional relief as this Court deems equitable.

                    **Capital One Auto Finance, a division of Capital One, N.A.,**

                    BY: <u>s/Bret D. Davis</u>
                        BRET D. DAVIS  #15079
                        LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
                        5613 N Classen Boulevard
                        Oklahoma City, Oklahoma 73118-1295
                        (405) 840-5900
                        Attorney for Movant
                        bdavis@lamunmock.com

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2019, a true and correct copy of the Motion for Relief and Abandonment of Property was electronically served using the CM/ECF system, namely:

Dekovan L. Bowler

John T. Hardeman
Trustee

United States Trustee

Further I certify that on the 6th day of March, 2019 copies of the Motion to Lift Stay and Abandonment of property were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below and all parties listed on matrix attached hereto:

Glenn M. Brown
Cynthia D. Brown
4705 Republic Drive
Oklahoma City, OK 73135

Tenisha Griffin
4705 Republic Dr
Oklahoma City, OK 73135

         s/Bret D. Davis

EXHIBIT "A"


Form MV
Revised
MVC





OKLAHOMA TAX COMMISSION
MOTOR VEHICLE DIVISION
POST OFFICE BOX 269061
OKLAHOMA CITY, OKLAHOMA 73126

# LIEN ENTRY FORM

**Debtor Names and Address (Last Name First)**

GRIFFIN  TENISHA &/OR BROWN  GLENN
Name(s)

4705 REPUBLIC DR
Address

OKLA CITY  OK  73135
City, State, Zip

| DAVID STANLEY DODGE | CAPITAL ONE AUTO FINANCE |
|---|---|
| Secured Party Name | Assignee of Secured Party Name |
| 7609 SE 29TH ST | PO BOX 660068 |
| Address | Address |
| MIDWEST CITY  OK  73110 | SACRAMENTO  CA  95866 |
| City, State, Zip | City, State, Zip |

## THIS LIEN ENTRY FORM COVERS THE FOLLOWING VEHICLE

| 2013 | CHEVROLET | CRUZE | 1G1PC5SB6D7316476 |
|---|---|---|---|
| Year | Make | Body Type | Vehicle Identification Number (VIN/HIN) |

6/14/2014
Date of Security Agreement

Original Oklahoma Title Number

Secured Party/Assignee Signature

07/09/2014
Date Executed

Lender must type and print four (4) identical copies of the Lien Entry Form. Type one Lien Entry Form for each vehicle, boat or outboard motor.

One (1) copy to the Oklahoma Tax Commission, one (1) copy to the motor license agent, one (1) copy to the secured party or assignee, one (1) copy attached to the title documents to be given to the debtor.

Notice to Debtor: Oklahoma law requires a new owner to title and register his/her vehicle and pay all taxes and fees due within 30 days of acquiring ownership.

| FEES (VEHICLES) | FEES (BOATS/MOTORS) |
|---|---|
| Lien Entry Fee ............ $ 10.00 | Lien Entry Fee ............ $ 10.00 |
| Title Fee ..................... $ 11.00 | Title Fee ..................... $  2.25 |
| Mail Fee ..................... $  1.50 | Mail Fee ..................... $  1.50 |
| Total .......................... $ 22.50 | Total .......................... $ 13.75 |

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
## (WITH ARBITRATION PROVISION)

Dealer Number _____ Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| TENISHA GRIFFIN<br>4705 REPUBLIC DR<br>OKLAHOMA CITY OK 73135 | GLENN BROWN<br>4705 REPUBLIC DR<br>OKLAHOMA CITY OK 73135 | DAVID STANLEY DODGE<br>7609 SE 29TH ST<br>MIDWEST CITY OK 73110 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2013 | CHEVROLET CRUZE | 28925 | 1G1PC5SB6D7316476 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $4000.00 |
|---|---|---|---|---|
| 19.63 % | $11870.90 | $16415.00 | $28285.92 | $32285.92 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 392.86 | Monthly beginning 07/29/2014 |

Or As Follows: N/A

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of $24.00 or 5 % of the part of the payment that is late, whichever is greater.
Prepayment. If you pay off all your debt early, you will not have to pay a penalty.
Security Interest. You are giving us a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1 Cash Price (including $ N/A sales tax) $29156.00 (1)
2 Total Downpayment =
  Trade-in 2004 JEEP LIBERTY
  Gross Trade-In Allowance  $2000.00
  Less Pay Off Made By Seller  $ N/A
  Equals Net Trade In  $2000.00
  + Cash  $2000.00
  + Other N/A  $ N/A
  (If total downpayment is negative, enter "0" and see 4I below)  $4000.00 (2)
3 Unpaid Balance of Cash Price (1 minus 2) $16156.00 (3)
4 Other Charges Including Amounts Paid to Others on Your Behalf
  (Seller may keep part of these amounts):
  A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
    Life $ N/A
    Disability $ N/A  $ N/A
  B Vendor's Single Interest Insurance Paid to Insurance Company  $ N/A
  C Other Optional Insurance Paid to Insurance Company or Companies  $ N/A
  D Optional Gap Contract  $ N/A
  E Official Fees Paid to Government Agencies
    to N/A  for N/A  $ N/A
    to N/A  for N/A  $ N/A
    to N/A  for N/A  $ N/A
  F Government Taxes Not Included in Cash Price  $ N/A
  G Government License and/or Registration Fees
    FILING/LIEN FEE(S)  $10.00
  H Government Certificate of Title Fees  $ N/A
  I Other Charges (Seller must identify who is paid and describe purpose)
    N/A  for Prior Credit or Lease Balance  $ N/A
    N/A  to N/A  $ N/A
    N/A  to N/A  $ N/A
    to DAVID STANLEY DOD  for DOC FEE  $249.00
    N/A to N/A  $ N/A
    N/A to N/A  $ N/A
    N/A to N/A  $ N/A
    N/A to N/A  $ N/A
    N/A to N/A  $ N/A
  Total Other Charges and Amounts Paid to Others on Your Behalf  $259.00 (4)
5 Amount Financed (3 + 4)  $16415.00 (5)

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
  Credit Life $ N/A
  Credit Disability $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process...

**Other Optional Insurance**
☐ N/A  Type of Insurance  N/A Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A
☐ N/A  Type of Insurance  N/A Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit...

I want the insurance checked above.
X /s/  Buyer Signature — N/A Date
X  Co-Buyer Signature — N/A Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

Returned Check Charge: You agree to pay a charge of $25.00 if any check you give us is dishonored.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance). If the preceding box is checked, the Creditor requires VSI Insurance...

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A , Year N/A. SELLER'S INITIALS N/A

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge...
Term N/A Mos.  N/A  Name of Gap Contract
I want to buy a gap contract.
Buyer Signs N/A

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X /s/ Tenisha Griffin   Co-Buyer Signs X /s/ Glenn Brown

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and we must sign it. No oral changes are binding.  Buyer Signs X /s/  Co-Buyer Signs X /s/
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X /s/ Tenisha Griffin  Date 06/14/14  Co-Buyer Signs X /s/ Glenn Brown  Date 06/14/14
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A  Address N/A

Seller signs DAVID STANLEY DODGE  Date 06/14/14  By X /s/  Title Mgr

Seller assigns its interest in this contract to CAPITAL ONE AUTO F[INANCE] (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse  ☒ Assigned without recourse  ☐ Assigned with limited recourse

Seller DAVID STANLEY DODGE  By /s/  Title Mgr

FORM NO. 553-OK-ARB 8/11

ORIGINAL LIENHOLDER

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. How we will figure Finance Charge. We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. How we will apply payments. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. How late payments or early payments change what you must pay. We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. You may prepay. You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. Your right to refinance a balloon payment. A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. Using the vehicle. You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. Security Interest.
      You give us a security interest in:
      • The vehicle and all parts or goods put on it;
      • All money or goods received (proceeds) for the vehicle;
      • All insurance, maintenance, service, or other contracts we finance for you; and
      • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. Insurance you must have on the vehicle.
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. What happens to returned insurance, maintenance, service, or other contract charges. If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. You may owe late charges. You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment does not excuse your late payment or mean that you may keep making late payments.

   If you pay late, we may also take the steps described below.
   b. You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      • You do not pay any payment on time;
      • You give false, incomplete, or misleading information on a credit application;
      • You start a proceeding in bankruptcy or one is started against you or your property; or
      • You break any agreements in this contract.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. You may have to pay collection costs. If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs the law permits. The maximum attorney's fee you will pay will be 15% of the amount you owe, unless a court awards an additional amount.
   d. We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and if the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. How you can get the vehicle back if we take it. If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs, if the law permits, are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Servicing and Collection Contacts.**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **Applicable Law**
   Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

Form No. 553-OK-ARB 8/13

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 17-13619<br>Western District of Oklahoma<br>Oklahoma City<br>Tue Feb 26 09:52:20 CST 2019 | Capital One Auto Finance c/o AIS Portfolio S<br>fka AIS Data Services<br>dba Ascension Capital Group<br>4515 N Santa Fe Ave  Dept APS<br>OKC, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Conn Appliances Inc<br>c/o Becket & Lee LLP<br>PO Box 3002 Dept Conns<br>Malvern, PA 19355-0702 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N. Broadway Ave., Ste 1500<br>Oklahoma City, OK 73102-8601 |
| Peritus Portfolio Services II, LLC/ Wollemi<br>PO Box 141419<br>Irving, TX 75014-1419 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 |
| ACCOUNT MANAGEMENT RESOURCES<br>P.O BOX 60607<br>2915  Classen Blvd. #100<br>Oklahoma City OK 73106-5452 | ADT ALARM SYSTEMS<br>800 N BROADWAY<br>Oklahoma City OK 73102-6009 | ALLIANCEHEALTH MIDWEST<br>P.O. Box 405970<br>Atlanta GA 30384-5970 |
| ALLY FINANCE<br>P.O. Box 380901<br>Minneapolis MN 55438-0901 | AMAZON / GECRB<br>P.O. BOX 960013<br>Orlando FL 32896-0013 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| BAPTIST HEALTH MEDICAL CENTER-LITTLE ROC<br>Attn: Billing Department<br>9601 Baptist Health Drive<br>Little Rock AR 72205-6321 | CAPITAL ONE<br>PO BOX 650007<br>Dallas TX 75265-0007 | CHARLES E. WADSACK<br>Attorney at Law<br>415 West Gray<br>Norman OK 73069-7117 |
| CHASE<br>D.B.A Slate<br>P.O. Box 15298<br>Wilmington DE 19850-5298 | CHRYSLER CAPITAL<br>8585 North Stemmons Freeway<br>Suite 1100-N<br>Dallas TX 75247-3822 | COMMUNITY HEALTH<br>P.O. BOX 1433<br>Lowell AR 72745-1433 |
| CONN'S<br>P.O. BOX 815867<br>Dallas TX 75381-5867 | (p)SECURITY FINANCE CENTRAL BANKRUPTCY<br>P O BOX 1893<br>SPARTANBURG SC 29304-1893 | CREDIT BUREAU SERVICES<br>123 WEST 7TH STREET<br>Stillwater OK 74074-4068 |
| CREDIT FIRST N A<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 | CREDIT FIRST NATL ASSOC<br>P.O. Box 81315<br>Cleveland OH 44181-0315 | CREDIT ONE BANK USA<br>P.O. Box 30281<br>Salt Lake City UT 84130-0281 |
| Capital One Auto Finance, c/o Ascension Capi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Chrysler Capital<br>1601 Elm St., Ste. 800<br>Dallas, TX 75201-7260 |

| | | |
|---|---|---|
| DEACONESS HOSPIAL<br>P.O. BOX 8422350<br>Dallas TX 75284-2350 | DIAGNOSTIC RADIOLOGY CONSULT<br>4300 West Memorial Road<br>Oklahoma City OK 73120-8304 | DIGESTIVE DISEASE SPECIALISTS<br>PO BOX 7316<br>Edmond OK 73083-7316 |
| DLO<br>P.O. Box 676068<br>Dallas TX 75267-6068 | EMER PHYS OF MIDWEST CITY, LLC<br>PO BOX 96408<br>Oklahoma City OK 73143-6408 | EMERG PHYS OF MIDWEST CITY<br>Attn: Billing<br>2825 Parklawn Drive<br>Oklahoma City OK 73110-4201 |
| Emergency Physicians of Mid-America, PC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Emergency Services of Oklahoma, PC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | HCFS HEALTHCARE FINANCIAL SERVICE<br>PLANTATION BILLING CENTER<br>P.O. Box 459077<br>Fort Lauderdale FL 33345-9077 |
| HIBDON TIRES<br>CREDIT FIRST NATIONAL ASSOCIATION<br>P.O. BOX 81344<br>Cleveland OH 44188-0001 | HRRG<br>P.O. BOX 5406<br>Cincinnati OH 45273-7942 | INTELLI HEART SERVICE, INC<br>10850 Wilshire Blvd., Ste. 740<br>Los Angeles CA 90024-4325 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KOHL'S DEPARTMENT STORE<br>PO Box 3115<br>Milwaukee WI 53201-3115 | LARSEN MUSIC<br>4001 NW 63rd Street<br>Oklahoma City OK 73116-1984 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MATHIS BROTHERS CREDIT<br>3434 W RENO AVENUE<br>Oklahoma City OK 73107-6196 |
| MATHIS BROTHERS CREDIT<br>PO BOX 270600<br>Oklahoma City OK 73137-0600 | MBF, LLC<br>PO BOX 270600<br>OKLAHOMA CITY, OK 73137-0600 | MCBRIDE ORTHOPEDIC HOSPITAL<br>P.O. BOX 268981<br>Oklahoma City OK 73126-8981 |
| MERCY HOSPITAL OKLAHOMA CITY<br>Attn: Billing Department<br>1730 E. Portland Street<br>Springfield MO 65804-1311 | MIDWEST CITY PHYS MGMENT, LLC<br>PASI<br>P.O. Box 68<br>Brentwood TN 37024-0068 | OKLAHOMA CITY CLINIC<br>701 NE 10TH<br>Oklahoma City OK 73104-5033 |
| OKLAHOMA CITY CLINIC<br>P.O. BOX 57825<br>Oklahoma City OK 73157-7825 | OKLAHOMA HEART HOSPITAL<br>ATTN: BUSINESS OFFICE<br>4700 Gaillaria Parkway<br>Oklahoma City OK 73142-1838 | OKLAHOMA NATURAL GAS<br>PO BOX 21019<br>TULSA, OK 74121-1019 |
| OKLAHOMA TAX COMMISSION<br>Office of the General Counsel<br>100 North Broadway Ave<br>Suite 1500<br>Oklahoma City OK 73102-8601 | ORTHOPEDIC ASSOCIATES, INC<br>P.O. BOX 21228 DEPT # 141<br>Tulsa OK 74121-1228 | PASI<br>ATTN:PCU<br>P.O. BOX 68<br>Brentwood TN 37024-0068 |

PAYPAL
P.O. Box 105658
Atlanta GA 30348-5658

PLANTATION BILING CENTER
P.O. Box 189016
Fort Lauderdale FL 33318-9016

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PROFESSIONAL ACCOUNT SERVICES
P.O. BOX 188
Brentwood TN 37024-0188

PULMONARY AND SLEEP MEDICINE
Attn: Billing Office
2801 Parklawn Drive, Suite 301
Oklahoma City OK 73110-4230

Peritus Portfolio Services II LLC
Wollemi Acquistions LLC
PO Box 141419
Irving TX 75014-1419

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

SERVANT MEDICAL IMAGING OF YUKON
P.O. Box 1907
Greenville TX 75403-1907

SFC-Central Bankruptcy
P.O. Box 1893
Spartanburg, SC 29304-1893

SLEEP REMEDIES
2833 N.W. 173rd Street
Edmond OK 73012-6794

SPRINT
6391 Sprint Parkway
Overland Park KS 66251-4300

SSM HEALTH
ST. ANTHONY HOSPITAL
P.O. BOX 505135
Saint Louis MO 63150-5135

ST ANTHONY
1145 Corporate Lake Drive
Saint Louis MO 63132-2907

(p)TULSA ADJUSTMENT BUREAU INC
2448 E 81ST ST
SUITE 4700
TULSA OK 74137-4293

TINKER FEDERAL CREDIT UNION
PO BOX 45750
Tinker AFB OK 73145-0750

US Department of Education
PO BOX 16448
St. Paul, MN 55116-0448

US Dept of EducationMOHELA
633 Spirit Dr
Chesterfield, MO 63005-1243

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

WORKS & LENTZ
3030 NW EXPRESSWAY, SUITE 225
Oklahoma City OK 73112-5434

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Cynthia D. Brown
4705 Republic Drive
Oklahoma City, OK 73135-3140

Dekovan L. Bowler
Bowler & Associates
8333 SE 15th St
Midwest City, OK 73110-8145

Glenn M. Brown
4705 Republic Drive
Oklahoma City, OK 73135-3140

John T. Hardeman
PO Box 1948
Oklahoma City, OK 73101-1948

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC          CONTINENTAL CREDIT                     IRS
PO Box 7999                            4607 S EAST 29TH                       P.O. Box 21126
Saint Cloud, MN 56302-9617             Del City OK 73115                      Philadelphia PA 19114-0326


(d)Jefferson Capital Systems LLC       Portfolio Recovery Associates, LLC     (d)SECURITY FINANCE
PO Box 7999                            POB 41067                              1200 South Air Depot Blvd.
Saint Cloud MN 56302-9617              Norfolk VA 23541                       Midwest City OK 73110


TAB SERVICES                           WELLS FARGO HOME MORTGAGE
1754 UTICA QUARE                       8480 Stagecoach Circle
PO BOX 52039                           Frederick MD 21701
Tulsa OK 74152
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wells Fargo Bank, N.A.              (d)Capital One Auto Finance, a division of Ca    (d)Conn Appliances, Inc.
                                       PO Box 165028                                    c/o Becket and Lee LLP
                                       Irving TX 75016-5028                             PO Box 3002
                                                                                        Dept Conns
                                                                                        Malvern PA 19355-0702


End of Label Matrix
Mailable recipients    85
Bypassed recipients     3
Total                  88
```